FILED
SAMPLE #2
APR 11 2016
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

CIV-16-342    L

Thalia Wagoner (Pro Se)
Plaintiff(s)

vs.

Oklahoma City Public Schls
Defendant(s)

CASE NO. 564-2015-01257

## COMPLAINT

This is a discrimination case under Title VII Civil Rights Act of 1964. I was discriminated against because of my race Black and disability Uterine Fibroids. I wasn't treated ufairly in that I was hired as a first year emergency certified teacher. One of two African americans females teacher hired on in the entire school. I wasn't given support or supplies as other similarly situated Thalia Wagoner individuals in the school 2900 S. Service Rd No name tag, mailbox classroom keys, key card to the building, name added to the sign in sheet. As well as very minimal training and support. As a first year teacher

NOTE: *Your signature, address and phone number **must** appear at the end of each pleading.*

Thalia Wagoner
2900 S. Service Rd # 1625
Moore, Ok 73160
(405) 343-0529