# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Thalia Wagoner,** *Pro Se* | ) ) ) |
| **Plaintiff** | ) ) ) |
| -vs- | ) CIV-16-342-HE ) |
| **OKC Public Schools,** | ) ) |
| **Defendant.** | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Thalia Wagoner, *pro se* and Defendant, OKC Public Schools ("District") by and through its respective counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate to the Dismissal with Prejudice of the above-styled action. The parties further stipulate that each party to this action shall bear such party's own costs, expenses, and attorney fees.

Respectfully submitted,

S/ Thalia Wagoner
Thalia Wagoner
1430 NW 104th St.
Oklahoma City, OK 73114
Telephone: (405) 343-0529
E-Mail: thalia_w_2001@yahoo.com
*Pro Se*
(*Signed by filing party with permission*)

        THE CENTER FOR EDUCATION LAW, P.C.

 S/Laura L. Holmgren-Ganz
F. Andrew Fugitt, OBA #10302
Laura L. Holmgren-Ganz, OBA #12342
900 N. Broadway, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 528-2800
Facsimile: (405) 528-5800
AFugitt@cfel.com
LGanz@cfel.com
Attorneys for District